UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELISSA ANDERSON,**

                **Plaintiff,**

**v.**                                               **Case No:  6:16-cv-664-Orl-41GJK**

**CONCEALMENT SOLUTIONS, INC.
and ANTHONY RAUNIKAR,**

                **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Dismiss Counterclaims (Doc. 15). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 30), in which he recommends that the motion be granted as unopposed and Defendant Raunikar's counterclaim for breach of contract be dismissed.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss Counterclaims (Doc. 15) is **GRANTED as unopposed**.

3. Defendant Raunikar's counterclaim for breach of contract is **DISMISSED**.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record