UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELISSA ANDERSON,**

    **Plaintiff,**

**v.**          **Case No: 6:16-cv-664-Orl-41GJK**

**CONCEALMENT SOLUTIONS, INC.**
**and ANTHONY RAUNIKAR,**

    **Defendants.**

                              /

**ORDER**

THIS CAUSE is before the Court on the Motion to Approve Settlement ("Motion," Doc. 80). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 83), recommending that the Court grant the Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 83) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Approve Settlement (Doc. 80) is **GRANTED**; the Settlement Agreement (Doc. 79-1) is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2018.



Copies furnished to:

Counsel of Record